ROBIE & MATTHAI
A Professional Corporation
JAMES R. ROBIE, SBN 67303
KYLE KVETON, SBN 110805
RONALD P. FUNNELL, SBN 209897
500 South Grand Avenue, 15th Floor
Los Angeles, California 90071
(213) 706-8000 • (213) 624-2563 Fax
kkveton@romalaw.com

Attorneys for Plaintiff PROGRESSIVE WEST
INSURANCE COMPANY

FILED
08 JAN 29 PM 4:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE WEST INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG TISCARENO and TERESA TISCARENO,<br><br>Defendants. | CASE NO.: '08 CV 0180 W CAB<br><br>COMPLAINT FOR DECLARATORY RELIEF |

Plaintiff Progressive West Insurance Company ("Progressive") alleges:

1.  Plaintiff is and was at all times mentioned a corporation incorporated under the laws of the State of Ohio and having its principal place of business in the State of Ohio.

2.  Defendant Craig Tiscareno is and was at all times mentioned an individual residing in the State of California, County of San Diego.

3.  Defendant Teresa Tiscareno is and was at all times mentioned an individual residing in the State of California, County of San Diego.

4.  The jurisdiction of this Court over the subject matter of this action is predicted on 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. In determining the amount in controversy for

jurisdictional purposes, general, special, and punitive damages are to be considered if recoverable. *See, e.g., Watson v. Blankinship*, 20 F.3d 383, 386-87 (10th Cir. 1994); *Smith v. Bally's Holiday*, 843 F. Supp. 1451 (N.D. Ga. 1994); *Srour v. Barmes*, 670 F.Supp. 18 (D.D.C. 1987). Based on the facts alleged below, it is legally certain that defendants' claim against Progressive is in the amount of $650,000, an amount in excess of the $75,000.00 jurisdictional minimum. Therefore, although Progressive disputes liability, Progressive asserts that the amount in controversy exceeds $75,000.00 and that this Court has jurisdiction over this action.

5. Venue is proper, as the Southern District of California is the district in which a substantial part of the events or omissions on which the claim is based occurred.

6. For the policy period July 20, 2006 to January 20, 2007, plaintiff Progressive insured defendants Kody Ryan Porterfield, Kim A. Porterfield, and Karie Porterfield under California Motor Vehicle Policy number 50376801-7. The policy contained a per-person bodily injury liability limit of $100,000.

7. On January 5, 2007, at approximately 9:00 p.m., Joshua Tiscareno, the 29-year-old son of defendants Craig Tiscareno and Teresa Tiscareno, was driving his automobile eastbound on Athena in the City of Encinatas, California.

8. At the same time, defendant Kody Ryan Porterfield was driving a vehicle south bound on Highway 101 in the City of Encinatas, California.

9. Kody Porterfield's vehicle collided with Joshua Tiscareno's vehicle at the intersection of Athena and Highway 101.

10. The collision resulted in the death of Joshua Tiscareno.

11. On February 9, 2007 Attorney James McCabe wrote to Progressive and enclosed a designation of attorney signed by Craig and Teresa Tiscareno. McCabe requested a release of the Porterfields' policy information.

12. Progressive requested information from attorney McCabe confirming the relationship between Mr. and Mrs. Tiscareno and Joshua Tiscareno on a number of

occasions, including February 14, March 14, April 25, and May 25, 2007. McCabe failed to respond to each of these requests for information concerning the Tiscareno's damages.

13. On each of the above mentioned occasions, Progressive also informed McCabe that its liability investigation was incomplete, as the Encinatas Sheriff's Department had not yet released its police report concerning the accident.

14. On or about March 28, 2007, attorney McCabe filed a lawsuit on behalf of Craig and Teresa Tiscareno, entitled *Craig Tiscareno and Teresa Tiscareno vs. Kody Ryan Porterfield, et al.*, San Diego Superior Court Case No. 37-2007-00051516-CU-PA-NC. The form complaint alleges causes of action for "motor vehicle" and general negligence against the Porterfields.

15. On April 16, 2007, attorney McCabe demanded that Progressive tender the full amount of the policy. The demand contained no time limit.

16. On April 25, 2007, Progressive responded by letter to McCabe's demand. Progressive advised McCabe that it was unable to accept or reject the demand, as the investigation into the loss was incomplete because (1) the Encinatas Sheriff had not yet released a police report; and (2) McCabe had failed to provide Progressive with any information to confirm the existence and the nature of the relationship between the Tiscarenos and their adult son.

17. On May 11, 2007, defense counsel for the Porterfields in the above-captioned case again advised attorney McCabe that the liability assessment was not yet complete because the Encinatas Sheriff had not yet completed their analysis or report and because McCabe had provided no information establishing the relationship between Mr. and Mrs. Tiscareno and Joshua Tiscareno. Therefore, counsel requested an open extension to the policy limits demand in order to allow the completion of a reasonable investigation. In response to this letter, on May 18, 2007, McCabe informed the Porterfields' defense counsel that "the offer is no longer on the table," that the policy limits were open, and made a demand of $500,000.

Wherefore, plaintiff prays for a declaratory judgment against defendants as follows:

1. That the Court declare the respective rights and duties of plaintiff and defendants under the involved policy of insurance; and

2. For other such relief as the Court deems just and proper.

DATED: January 23, 2008

ROBIE & MATTHAI
A Professional Corporation

By: _____
JAMES R. ROBIE
KYLE KVETON
RONALD P. FUNNELL
Attorneys for Plaintiff PROGRESSIVE WEST INSURANCE COMPANY

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

### I. (a) PLAINTIFFS
Progressive West Insurance Company

### DEFENDANTS
Craig Tiscareno and Teresa Tiscareno

FILED
08 JAN 29 PM 4:18
'08 CV 0180 W CAB
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Cuyahoga, Ohio
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
James R. Robie, Esq.
Robie & Matthai
500 South Grand Avenue, 15th Floor
Los Angeles, CA 90071
(213) 624-3062

**ATTORNEYS (IF KNOWN)**
James McCabe, Esq. and Ryan McCabe, Esq.
The McCabe Law Firm
4817 Santa Monica Avenue
San Diego, CA 92107
(619) 224-2848

### II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 U.S.C. Section 1332; 28 U.S.C. Section 2201; Declaratory Judgment.

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| [X] 110 Insurance | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 330 Federal Employers' Liability | PERSONAL PROPERTY | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 650 Airline Regs. | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 660 Occupational Safety/Health | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | [ ] 690 Other | [ ] 861 HIA (13958) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | | LABOR | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | | | [ ] 710 Fair Labor Standards Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | HABEAS CORPUS: | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | [ ] 890 Other Statutory Actions |
| | | [ ] 555 Prison Conditions | | | |

### VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [X] NO

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ Docket Number _____

DATE January 25, 2008
SIGNATURE OF ATTORNEY OF RECORD
Ronald P. Funnell, Esq.

# 146980  $350.

::ODMA\PCDOCS\WORDPERFECT\228161\1 January 24, 2000 (3:10pm)

1/29/08

```
        UNITED STATES
        DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 146980      - SR

       January 29, 2008
           16:19:31


       Civ Fil Non-Pris
   USAO #.: 08CV0180 CIV. FIL.
   Judge..: THOMAS J WHELAN
   Amount.:               $350.00 CK
   Check#.: BC#16278



       Total->   $350.00



   FROM: PROGRESSIVE WEST INS. CO.
         V. CRAIG TISCARENO, ET AL
         CIVIL FILING
```