Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Progressive West Insurance Company, an Ohio Corporation,

vs

Craig Tiscareno and Teresa Tiscareno

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0180 W(CAB)

ON COMPLAINT FOR DECLARATORY RELIEF

FILED 2008 FEB 15 PM 3:12 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James Robie, Esq.
Robie & Matthai
500 South Grand Avenue, 15th Floor
Los Angeles, CA  90071
(213) 624-3062

An answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

FEB 15 2008
DATE

By _____, Deputy Clerk

J. PARIS

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S