ROBIE & MATTHAI
A Professional Corporation
JAMES R. ROBIE, SBN 67303
KYLE KVETON, SBN 110805
DAVID J. WEINMAN, SBN 143286
RONALD P. FUNNELL, SBN 209897
500 South Grand Avenue, 15th Floor
Los Angeles, California 90071
(213) 706-8000 • (213) 624-2563 Fax
kkveton@romalaw.com

Attorneys for Plaintiff and Counterdefendant
PROGRESSIVE WEST INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE WEST INSURANCE COMPANY, an Ohio corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>CRAIG TISCARENO and TERESA TISCARENO,<br><br>          Defendants.<br>_____<br>CRAIG TISCARENO and TERESA TISCARENO,<br><br>          Counterclaimants,<br><br>     vs.<br><br>PROGRESSIVE WEST INSURANCE COMPANY, an Ohio corporation; and ROES 1 through 20,<br><br>          Counterdefendants.<br>_____ | CASE NO.:   08 CV 0180 W(CAB)<br><br>NOTICE OF APPEARANCE |

**TO ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that David J. Weinman of Robie & Matthai (dweinman@romalaw.com) will be appearing in this case on behalf of Plaintiff and Counterdefendant PROGRESSIVE WEST INSURANCE COMPANY.

DATED: July 1, 2008

ROBIE & MATTHAI
A Professional Corporation

By: s/**Ronald P. Funnell**
JAMES R. ROBIE
KYLE KVETON
RONALD P. FUNNELL
Attorneys for Plaintiff and Counterdefendant
PROGRESSIVE WEST INSURANCE COMPANY
E-Mail: Rfunnell@romalaw.com

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 500 South Grand Avenue, 15th Floor, Los Angeles, CA 90071-2609.

On July 1, 2008, I served the foregoing document(s) described as:

NOTICE OF APPEARANCE

on all interested parties in this action by placing a true copy of each document, enclosed in a sealed envelope addressed as follows:

***Attorneys for Defendants,***
***Craig and Teresa Tiscareno***
Andrew PP Dunk, III
DUNK AND ASSOCIATES
110 West C Street
Suite 1901
San Diego, CA 92101-3907
(619) 531-0111 / Fax (619) 531-0120
Email: drewdunk@pacbell.net

**(X)** **BY E-SERVICE:** I caused the above-referenced document(s) to be electronically served on all counsel of record through the Court's CM/ECF filing and service system.

**(X)** (**Federal**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 1, 2008, at Los Angeles, California.

                s/Linda J. Blake
E-mail: lblake@romalaw.com