AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>     Southern     </u> DISTRICT OF <u>California                    </u>

**APPEARANCE**

CASE NUMBER: 08 CV 0180 W(CAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Plaintiff and Counterdefendant PROGRESSIVE WEST INSURANCE COMPANY

I certify that I am admitted to practice in this court.

July 01, 2008
Date

*[Signature]*
Signature

David J. Weinman

Print Name                        Bar Number  143286

500 South Grand Avenue, 15ht Floor
Address

Los Angeles, CA  90071
City                State              Zip Code

213-706-8000          213-706-9913
Phone Number                      Fax Number

AO-458