UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE WEST INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG TISCARENO and TERESA TISCARENO,<br><br>　　　　　　　　　　　Defendants.<br><br>And related counterclaims. | Civil No.   08cv0180-W (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DATES**<br><br>[Doc. No. 15] |

Based upon the joint motion of the parties, the current dates in the case shall be continued as follows:

| Original Date | New Requested Date | |
|---|---|---|
| 12/30/08 | 02/28/09 | Expert reports due; |
| 01/13/09 | 03/13/09 | Supplemental expert reports due; |
| 02/03/09 | 04/03/09 | Discovery (including experts) cut off; |
| 03/03/09 | 05/03/09 | Motion filing date cut off. |

All other dates shall remain the same.

DATED: January 5, 2009

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

1

08cv0180